IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cuevas, Sonjanetta G | Case Number: 07 B 16049 |
| | Judge: Squires, John H |
| Printed: 2/26/08 | Filed: 9/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Condor Capital Corp | Secured | 0.00 | 0.00 |
| 4. | Aronson Furniture Company | Secured | 0.00 | 0.00 |
| 5. | Village of Park Forest | Secured | 219.29 | 0.00 |
| 6. | America's Servicing Co | Secured | 10,000.00 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 33.21 | 0.00 |
| 8. | Aronson Furniture Company | Unsecured | 223.64 | 0.00 |
| 9. | AT&T | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | St. James Hospital & Health Centers | Unsecured | | No Claim Filed |
| 12. | Condor Capital Corp | Unsecured | | No Claim Filed |
| 13. | American Family Insurance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,476.14 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cuevas, Sonjanetta G

Printed: 2/26/08

Case Number: 07 B 16049
Judge: Squires, John H
Filed: 9/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

